601 A.2d 807

**Donna STARK, Appellant,**

v.

**PENNSYLVANIA NATIONAL MUTUAL CASUALTY INSURANCE COMPANY.**

Supreme Court of Pennsylvania.

Argued Jan. 23, 1992.

Decided Feb. 14, 1992.

Thomas I. Vanaskie, Kevin C. Quinn, Scranton, for appellant.

Howard M. Levinson, Mary Beth Connolly, Wilkes Barre, for appellee.

Before NIX, C.J., and LARSEN, FLAHERTY, McDERMOTT, ZAPPALA, PAPADAKOS and CAPPY, JJ.

64

## ORDER

PER CURIAM:

Appeal dismissed as having been improvidently granted.